| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 66.87.133.25 | 2017-05-02 01:01:36 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Kannapolis | Mecklenburg |
| 2 | 66.87.133.16 | 2017-05-02 03:28:16 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 3 | 66.87.132.252 | 2017-05-02 11:01:26 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 4 | 66.87.132.215 | 2017-05-02 13:49:40 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 5 | 66.87.132.226 | 2017-05-02 19:25:25 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 6 | 66.87.133.123 | 2017-05-03 08:56:24 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Kannapolis | Mecklenburg |
| 7 | 66.87.133.18 | 2017-05-03 14:01:54 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Kannapolis | Mecklenburg |
| 8 | 66.87.132.158 | 2017-05-03 15:39:11 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 9 | 66.87.132.124 | 2017-05-03 20:32:59 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |
| 10 | 66.87.132.210 | 2017-05-03 23:48:02 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Sprint PCS | North Carolina | Thomasville | Mecklenburg |

EXHIBIT B, 3:17-CV-282